THOMAS N. STEWART, III (Bar No. 88128)
Attorney at Law T_STEW_3@yahoo.com
369 Blue Oak Lane, 2nd Floor
Clayton, CA 94517
Telephone:    (925) 672-8452
Facsimile:    (925) 673-1729
Attorneys for Plaintiff Rick Futia

JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK (Bar No. 083908) mho@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584
Attorneys for Defendant Joan W. Tartaglia. as Trustee of the Joan Tartaglia Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA,<br><br>    Plaintiff,<br><br>v.<br><br>OSH ACQUISITION CORP., JOAN TARTAGLIA, as Trustee of the JOAN TARTAGLIA TRUST,<br><br>    Defendants. | CASE NO.   C 06-5386 JF PVT<br><br>**STIPULATION OF DISMISSAL; ORDER THEREON** |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action. A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future. The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth. The parties request the Court to retain jurisdiction for two years from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America*, 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce

1  the terms of the Settlement Agreement.

2  IT IS HEREBY STIPULATED by and between the parties to this action through

3  their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP

4  41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for two

5  year after the date hereof.

6  Date: April 13, 2007                                        Date: April 13, 2007

8  /S/Martin H. Orlick                                          /S/Thomas N. Stewart, III
   Martin H. Orlick of                                          Thomas N. Stewart, III
9  Jeffers, Mangels Butler & Marmaro LLP         Attorneys for Plaintiff Rick Futia
   Attorney for Defendant Joan W.
10 Tartaglia, as Trustee of the Joan W.
   Tartaglia Trust

13 IT IS SO ORDERED:

15 Date:  5/18/07                                                _____
                                                                              Judge Jeremy Fogel, US District Court

Court Service List

Thomas N. Stewart, III
369 Blue Oak Lane, 2nd Floor
Clayton, CA  94517


Martin H. Orlick
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA  94111